UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| -against- | : |
| | : |
| ROSSI LUIS CRUZ, | : |
| | : |
| Defendant. | : |

------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/1/2025

1:25-cr-541-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

An arraignment in this matter will take place on January 15, 2026 at 12:00 p.m.  The proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007.  The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated:  December 1, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge