UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,                 :
                                          :
            -against-                     :
                                          :
ROSSI LUIS CRUZ,                          :          1:25-cr-541-GHW
                                          :
                        Defendant.        :          ORDER
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2026

GREGORY H. WOODS, United States District Judge:

The arraignment currently scheduled for January 15, 2026 at 12:00 p.m. is rescheduled.  The

arraignment will take place on January 27, 2026 at 2:00 p.m. in Courtroom 12C, Daniel Patrick

Moynihan United States Courthouse, New York, New York 10007.  The parties are directed to

appear for the arraignment as scheduled unless otherwise ordered by the Court.

        SO ORDERED.

Dated:  January 14, 2026
New York, New York

                                          _____
                                              GREGORY H. WOODS
                                            United States District Judge